UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 18-56246-PMB |
| ) | |
| MICHAEL RICHARD GAVENCHAK, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | JUDGE PAUL M. BAISIER |

TRUSTEE'S APPLICATION TO EMPLOY
<u>REAL ESTATE AGENT</u>

TO:   THE HONORABLE PAUL. M. BAISIER
      UNITED STATES BANKRUPTCY JUDGE

Edwin K. Palmer, trustee herein, respectfully applies for authority to employ a real estate agent. In support thereof applicant shows that:

1.

Applicant is the duly qualified and acting trustee ("trustee") in this case.

2.

Applicant wishes to employ Tony Money, a licensed real estate agent, with the firm of RE/MAX Prestige, whose address is 3005 Old Alabama Road, Suite 70, Johns Creek, Georgia 30022, as applicant's real estate agent.

3.

Applicant has chosen this real estate agent for the reason that this agent is well qualified to perform the work required in this case, is experienced in the matters for which marketing and selling of real estate services are required, has particular knowledge of the property to be sold, and can be relied upon to put forth his best efforts.

4.

The professional services the real estate agent is to render include the advertising, marketing, and selling of the estate's interest in 325 Crooked Stick Drive, Alpharetta, Fulton County, Georgia 30004

5.

To the best of applicant's knowledge the real estate agent has no connections with the Debtor, his creditors, or any other party in interest, or the attorneys. A statement by Tony Money in compliance with Bankruptcy Rules 2014 and 5002 is attached hereto as Exhibit "A".

6.

Applicant shows that the real estate agent has agreed to perform the described services for a sales commission of 5% commission.

7.

Any contract for sale negotiated by Tony Money shall be subject to the approval of the United States Bankruptcy Court after notice and a hearing.

8.

Applicant believes the appointment of Tony Money and his company, RE/MAX Prestige, under the provisions expressed herein to be in the best interest of the Estate.

WHEREFORE, applicant prays that he be authorized to employ Tony Money, licensed real estate agent with RE/MAX Prestige, for real estate services required in connection with this case on the terms set forth herein.

Respectfully submitted this 6th day of June, 2018.

        /s/ Edwin K. Palmer
        Edwin K. Palmer
        Chapter 7 Trustee
        Georgia Bar No. 560100

PO Box 1284
Decatur, GA 30031
404-479-4449
ekpalmerlaw@aol.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-56246-PMB |
| | ) | |
| MICHAEL RICHARD GAVENCHAK, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE PAUL M. BAISIER |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served all interested parties in the foregoing matter with a copy of the **Trustee's Application to Employ Real Estate Agent** by depositing in the United States mail a copy of same in a properly addressed envelope with sufficient postage affixed thereon, addressed as shown.

United States Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Katherine J. Hill
Hicks Hill, LLC
305 Lawrence St.
Suite 200
Marietta, GA 30060

Tony Money
RE/MAX Prestige
3005 Old Alabama Road, Suite 70
Johns Creek, Georgia 30022

Michael Richard Gavenchak
325 Crooked Stick Drive
Alpharetta, GA 30004

This 6th day of June, 2018.

/s/ Edwin K. Palmer
Edwin K. Palmer
Chapter 7 Trustee
Georgia Bar No. 560100

PO Box 1284
Decatur, GA 30031
404-479-4449
ekpalmerlaw@aol.com