

**IT IS ORDERED as set forth below:**

**Date: November 23, 2018**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> MICHAEL RICHARD GAVENCHAK, <br>           Debtor. | CASE NO. 18-56246-PMB <br><br> CHAPTER: 7 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A, <br>           Movant, <br><br> v. <br><br> MICHAEL RICHARD GAVENCHAK, Debtor, EDWIN K. PALMER, Trustee, <br>           Respondent(s). | JUDGE:  HONORABLE PAUL BAISIER <br><br><br><br> CONTESTED MATTER |

ORDER ON MOTION FOR RELIEF FROM STAY AS TO DEBTOR
AND CONDITIONING STAY AS TO CHAPTER 7 TRUSTEE  (#9)

   The above styled Motion filed April 27, 2018 (Docket No. 9) was called for hearing on

September 24, 2018 upon Notice of Hearing to each of the above-captioned parties in interest.

No appearance made on behalf of Debtor. Movant asserts that the parties were properly served,

there was no opposition to the Motion as to Debtor, and Chapter 7 Trustee have reached an agreement with respect to termination of the automatic stay. Accordingly;

IT IS HEREBY ORDERED that effective March 1, 2019, absent a Motion to Sell filed by the Chapter 7 Trustee, the 11 USC §362(a) automatic stay will be modified for Movant herein, its successors and assigns, regarding the real property commonly known as 325 Crooked Stick Dr, Alpharetta, Georgia 30004-3443 without further Notice or hearing by this Court.

FURTHER ORDERED that effective March 1, 2019 Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds which may be in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that having no appearance having been made by Debtor, the 11 USC §362(a) automatic stay as to Debtor is deemed lifted.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ *Brian K. Jordan*
Brian K. Jordan, Bar No.: 113008
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: bjordan@aldridgepite.com

NO OPPOSITION:

/s/ Russell Patterson                                      With express permission
Russell Patterson, Bar No. 566920
Attorney for Trustee
P.O. Box 1284
Decatur, GA 30031
Phone: (404) 479-4449
Email: ekpalmerlaw@aol.com

DISTRIBUTION LIST

Michael Richard Gavenchak
325 Crooked Stick Drive
Alpharetta, GA 30004


Katherine J. Hill
Suite 210
305 Lawrence Street
Marietta, GA 30060


Edwin K. Palmer
P.O. Box 1284
Decatur, GA 30031


ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E.,
Suite 500
Atlanta, GA 30305